STACY A. CAMPOS, SBN 154658
PACIFIC GAS AND ELECTRIC COMPANY LAW DEPARTMENT
P.O. Box 7442
San Francisco, CA 94120
KATE DYER, SBN 171891
NICOLE HOWELL NEUBERT, SBN 246078
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694
Email:  kdyer@clarencedyer.com
          nhneubert@clarencedyer.com
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

LINDSAY R. NICHOLAS, SBN 273063
Leonard Carder, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
(415) 771-6400
Fax: (415) 771-7010
E-Mail: lnicholas@leonardcarder.com
Attorneys for Defendant
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL UNION 1245

TODD B. BARSOTTI, SBN 148862
Barsotti & Baker, LLP
6592 North First Street
Fresno, CA 93710
Phone: (559) 226-2100
Fax: (559) 226-7636
E-Mail: tbarsotti@bandblawoffice.com
Attorneys for Plaintiff Gary Henley

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY HENLEY,<br>　　　　　　Plaintiff,<br>　v.<br>PACIFIC GAS AND ELECTRIC COMPANY, LOCAL UNION NUMBER 1245 OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and DOES 1-50, inclusive,<br>　　　　　　Defendants. | Case No. 1:10-CV-01119-OWW-GSA<br><br>**STIPULATION AND  ORDER MODIFYING SCHEDULING ORDER**<br><br>**Trial Date: January 18, 2012**<br>**Time: 9:00 a.m.**<br>**Courtroom 3, 7th Floor**<br>**Honorable Oliver W. Wanger** |

Pursuant to Civil Local Rules 143 and 137(b), the parties hereby jointly and respectfully submit a stipulation and proposed order requesting that the Court revise the Scheduling Conference Order such that, while certain discovery dates are modified, the motions deadlines and hearing dates, as well as the Pre-trial Conference and Jury Trial dates remain unchanged.

The parties seek a modification of these dates in order to accommodate a private mediation session with Thomas Simonian, Esq at JAMS mediation on July 11, 2011. The current pre-trial dates, and proposed modifications, are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of non-expert discovery | June 1, 2011 | August 5, 2011 |
| Expert disclosures due | July 15, 2011 | August 12, 2011 |
| Expert discovery cut-off | August 29, 2011 | September 5, 2011 |
| Settlement conference | September 13, 2011 | same |
| Dispositive pre-trial motions due | September 29, 2011 | same |
| Dispositive pre-trial motions hearing | October 31, 2011 | same |
| Joint pre-trial statement due | December 5, 2011 | same |
| Pre-trial conference | December 5, 2011 | same |
| Jury Trial | January 18, 2012 | same |

The parties believe that the modified schedule will allow the parties an opportunity to participate in a meaningful mediation session while potentially avoiding unnecessary discovery costs.

Dated: May 5, 2011                                             Respectfully submitted,

                                                               CLARENCE & DYER LLP
                                                               /s/ Nicole Howell Neubert
                                                               KATE DYER

        NICOLE HOWELL NEUBERT
        Attorneys for Defendant
        Pacific Gas and Electric Company

        LEONARD CARDER LLP

        /s/: Lindsay R. Nicholas_____

        Lindsay R. Nicholas
        Attorneys for Defendant
        IBEW LOCAL 1245

        BARSOTTI & BAKER LLP

        /s/:  Todd Barsotti_____

        TODD BARSOTTI
        Attorneys for Plaintiff
        Gary Henley

Good cause having been shown, the pre-trial dates in this matter are modified as set out above.

IT IS SO ORDERED.

    Dated:   **May 6, 2011**             **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE