UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HENLEY,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 10-1119 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 27.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 9, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the December 5, 2011 pretrial conference and January 18, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    October 21, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE