1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY HENLEY,                              CASE NO. CV F 10-1119 LJO GSA

12                    Plaintiff,               **ORDER TO DISMISS AND TO CLOSE ACTION**

13        vs.                                  (Doc. 29.)

14   PACIFIC GAS AND ELECTRIC
     COMPANY,

15
                     Defendant.
16   _____/

17        Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18        1.      DISMISSES with prejudice this entire action;

19        2.      VACATES all pending matters; and

20        3.      DIRECTS the clerk to close this action.

21

22        IT IS SO ORDERED.

23   **Dated:     December 8, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE
24

25

26

27

28