IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HENLEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Defendant.<br>_____ / | CASE NO. CV F 10-1119 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 29.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action;

    2.    VACATES all pending matters; and

    3.    DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   December 8, 2011**              /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE